UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JESSICA RANEY,<br>     Plaintiff<br><br>VS.<br><br>BALISE MOTOR SALES COMPANY,<br>BALISE LEXUS and CHANDRAN<br>VENKITASCHALAM,<br>     Defendants | CIVIL ACTION NO. 3:14-cv-30166-MGM |

**CORPORATE DISCLOSURE PURSUANT TO LOCAL RULES 7.3(A)**

NOW COMES the Defendant, Balise Motor Sales Company, pursuant to its obligations under Local Rules 7.3(A), states that it is a Massachusetts corporation, and there is no parent corporation of Balise Motor Sales Company and no publicly held corporation owning 10% or more of its stock.

                    Respectfully submitted,

                    Defendants,
                    Balise Motor Sales Company, Balise Lexus
                    and Chandran Venkitaschlam,
                    By their attorneys,

                    */s/ Ronald P. Langlois*
                    _____
                    Ronald P. Langlois, Esq. BBO#285890
                    Lauren D. Wilkins, Esq. BBO#566679
                    Langlois, Wilkins, Furtado & Metcalf, P.C.
                    317 Iron Horse Way, Suite 203
                    Providence, RI 02908
                    Tel: (401) 351-9970
                    Fax: (401) 274-6218
                    Email: rlanglois@lwfmlaw.com

Dated: October 8, 2014

## CERTIFICATION OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on October 8, 2014.

Michael O'Shea, Esq.
BBO No. 555474
Law Office of Michael O'Shea
3 Crane Park Drive, Suite 7
Wilbram. MA 01095

                                          */s/ Ronald P. Langlois*
                                          _____
                                          Ronald P. Langlois, Esq.